In re:  Case No. 25-00777-HWV

Cassandra L Minnich  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: ntcnfhrg | Total Noticed: 63 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cassandra L Minnich, 508 Alison Avenue, Mechanicsburg, PA 17055-6656 |
| 5698257 | | M&T Bank, CBD TEAM, Millsboro, DE 19966-0900 |
| 5698254 | + | M&T Bank, po box 908, Millsboro, DE 19966-0908 |
| 5698267 | | OSS Health Clinical, po box 7126, Lancaster, PA 17604-7126 |
| 5698290 | | PIVOT physical therapy, po box 785252, Philadelphia, PA 19178-5252 |
| 5705856 | + | Penn State Health - Sorian, PO Box 825607, Philadelphia, PA 19182-5607 |
| 5698287 | | Penn state Health Community, po box 848, Hershey, PA 17033-0848 |
| 5698306 | | UPMC Pinnacle, po box 826813, Philadelphia, PA 19182-6813 |
| 5698302 | | UPMC central pa, po box 826813, Philadelphia, PA 19182-6813 |
| 5698303 | | UPMC in Central Pa, po box 826813, Philadelphia, PA 19182-6813 |
| 5698223 | | american education services, 5000 louise drive ion, Mechanicsburg, PA 17055-4899 |
| 5698247 | | dermdox dermatology center pc, 8 brookhill square south, Sugarloaf, PA 18249-1010 |
| 5698249 | | holy spirit clinical, po box 983143, Boston, IL 62298-3143 |
| 5698253 | | lakeview mortgage, po box 619063, Dallas, TX 75261-9063 |
| 5698259 | | members first fcu, po box 8895, Camp Hill, PA 17001-8895 |
| 5698266 | + | oss, 1855 powder hill road, York, PA 17402-4723 |
| 5698273 | | penn state health, po box 825607, Philadelphia, PA 19182-5607 |
| 5698274 | | penn state health, po box 829725, Philadelphia, PA 19182-9725 |
| 5698288 | | penn state health community med, po box 848, Hershey, PA 17033-0848 |
| 5698289 | | penn state health medical group rad, po box 848, Hershey, PA 17033-0848 |
| 5698291 | | quantum imaging & Theraputic, po box 371863, Pittsburgh, PA 15250-7863 |
| 5698295 | | syncb amazon, po box 71737, Orlando, AR 71737 |
| 5698296 | | syncb care credit summit, po box 965036, Orlando, FL 32896-3289 |
| 5698299 | | tansworld system inc., 300 virgina drive suite 514, Mechanicsville, PA 18934 |
| 5698307 | | upmc pinnacle, po box 829901, Philadelphia, PA 19182-9901 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5698222 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 18:39:00 | ADS comenity Ulta MC, po box 182120, Columbus, OH 43218-2120 |
| 5698226 | | Email/Text: Bankruptcy@BAMcollections.com | Apr 24 2025 18:38:00 | BUREAU OF ACCOUNT MANAGEMENT, PO BOX 8875, Camp Hill, PA 17001-8875 |
| 5698228 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 18:45:09 | CAPITAL ONE, po box 31293, Salt Lake City, UT 84131-0293 |
| 5698234 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Apr 24 2025 18:38:00 | COMPUTER CREDIT INC, 7996 NORTH POINT BLVD, PO BOX 5238, Winston Salem, NC 27113-5238 |
| 5698243 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2025 18:38:00 | Department of Treasury, Internal Revenue Service, po box 8208, Philadelphia, PA 19101-8208 |

| Notice # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5698256 | | Email/Text: camanagement@mtb.com | Apr 24 2025 18:39:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 5699472 | + | Email/Text: camanagement@mtb.com | Apr 24 2025 18:39:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5698271 | | Email/Text: bankruptcies@penncredit.com | Apr 24 2025 18:38:00 | Penn credit Corporation, po box 69703, Harrisburg, PA 17106-9703 |
| 5698268 | | Email/Text: bankruptcies@penncredit.com | Apr 24 2025 18:38:00 | penn credit, 2800 Commerce Drive, po box 69703, Harrisburg, PA 17106-9703 |
| 5698292 | | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 24 2025 18:39:00 | Quest diagnostics, po box 740775, Cincinnati, OH 45274-0775 |
| 5699137 | | Email/Text: svfcubky@svfcu.org | Apr 24 2025 18:38:00 | Susquehanna Valley Federal Credit Union, 3850 Hartzdale Drive, Camp Hill, PA 17011 |
| 5698300 | ^ | MEBN | Apr 24 2025 18:34:39 | UPMC, po box 2353, Harrisburg, PA 17105-2353 |
| 5698304 | ^ | MEBN | Apr 24 2025 18:34:40 | UPMC in Central Pa, PO box 2353, Harrisburg, PA 17105-2353 |
| 5698855 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 24 2025 18:45:15 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5698309 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 24 2025 18:38:00 | VERIZON, Po box 16810, Newark, NJ 07101-6810 |
| 5698224 | ^ | MEBN | Apr 24 2025 18:34:16 | arcadia recovery bueau, po box 6768, Reading, PA 19610-0768 |
| 5698225 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 18:44:45 | best buy cbna, 5800 south corporate place, Sioux Falls, SD 57108-5027 |
| 5698227 | | Email/Text: Bankruptcy@BAMcollections.com | Apr 24 2025 18:38:00 | bureau of account managment, po box 8875, Camp Hill, PA 17001-8875 |
| 5698229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 18:56:22 | capital one, po box 30285, Salt Lake City, UT 84130-0285 |
| 5698230 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 18:44:46 | care credit, po box 71715, Philadelphia, PA 19176-1715 |
| 5698231 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 18:45:38 | care credit synchrony bank, po box 71715, Philadelphia, PA 19176-1715 |
| 5698232 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 18:39:00 | comenity ulta beauty, po box 650964, Dallas, TX 75265-0964 |
| 5698233 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Apr 24 2025 18:38:00 | computer credit inc, dept. 009696, po box 5238, Winston Salem, NC 27113-5238 |
| 5698236 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Apr 24 2025 18:38:00 | computer credit inc., 7996 north point blvd box 5238, Winston Salem, NC 27106-3265 |
| 5698237 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 24 2025 18:44:35 | department of ed/AIDV, 1891 METRO CENTER DRIVE, Reston, VA 20190-5287 |
| 5698250 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 18:45:31 | kohls, po box 1456, Charlotte, NC 28201-1456 |
| 5698251 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 18:45:30 | kohls department store, po box 3115, Milwaukee, WI 53201-3115 |
| 5698252 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 18:45:01 | kohls payment center, po box 1456, Charlotte, NC 28201-1456 |
| 5698263 | + | Email/Text: unger@members1st.org | Apr 24 2025 18:39:00 | members first federal credit union, 5000 louise drive, Mechanicsburg, PA 17055-4899 |
| 5698260 | | Email/Text: Unger@Members1st.org | Apr 24 2025 18:38:00 | members first federal credit union, 5000 Market Place Way, Enola, PA 17025-2431 |
| 5698262 | + | Email/Text: Unger@Members1st.org | | |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 24 2025 18:38:00 | members first federal credit union, po box 8893, Camp Hill, PA 17001-8893 |
| 5698265 | | ^ MEBN | | |
| | | | Apr 24 2025 18:34:06 | mrs bpo llc, 1930 olney avenue, Cherry Hill, NJ 08003-2016 |
| 5698294 | | + Email/Text: svfcubky@svfcu.org | | |
| | | | Apr 24 2025 18:38:00 | susquehanna federal credit union, 3850 hartzdale drive, Camp Hill, PA 17011-7809 |
| 5698297 | | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 24 2025 18:45:39 | synchrony bank, po box 71725, Philadelphia, PA 19176-1725 |
| 5698298 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 24 2025 18:44:27 | synchrony bank amazon, po box 71711, Philadelphia, PA 19176-1711 |
| 5698310 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Apr 24 2025 18:38:00 | verizon, po box 489, Newark, NJ 07101-0489 |
| 5698311 | | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Apr 24 2025 18:38:00 | verizon wireless, po box 650051, Dallas, TX 75265-0051 |
| 5698312 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Apr 24 2025 18:38:00 | verizon wireless southeast, po box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5698248 | | GM Financial, po box 181145, TX 76960-1145 |
| 5698244 | * | Department of Treasury, Internal Revenue Service, po box 8208, Philadelphia, PA 19101-8208 |
| 5698246 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, department of treasury, internal revenue service, 310 lowell st. stop 360, Andover, MA 01810 |
| 5698241 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, department of treasury, internal revenue service, Philadelphia, PA 19255-0025 |
| 5698240 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, department of treasury, internal revenue service, po box 219236 stopP4 5000, Kansas City, MO 64121-9236 |
| 5698242 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, department of treasury, po box 21126, Philadelphia, PA 19114-0326 |
| 5698245 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, department of treasury, po box 21126, Philadelphia, PA 19114-0326 |
| 5698255 | *+ | M&T BANK, po box 908, Millsboro, DE 19966-0908 |
| 5698258 | * | M&T Bank, CBD TEAM, Millsboro, DE 19966-0900 |
| 5698272 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn credit Corporation, po box 69703, Harrisburg, PA 17106-9703 |
| 5698269 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, penn credit, 2800 Commerce Drive, po box 69703, Harrisburg, PA 17106-9703 |
| 5698270 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, penn credit corp, 2800 commerce drive, po box 69703, Harrisburg, PA 17106-9703 |
| 5698301 | * | UPMC, po box 2353, Harrisburg, PA 17105-2353 |
| 5698308 | * | UPMC Pinnacle, po box 826813, Philadelphia, PA 19182-6813 |
| 5698305 | * | UPMC in Central Pa, po box 826813, Philadelphia, PA 19182-6813 |
| 5698235 | * | computer credit inc., Dept 009696, po box 5238, Winston Salem, NC 27113-5238 |
| 5698239 | * | department of treasury, Centralized Insolvency, PO box 7346, Philadelphia, PA 19101-7346 |
| 5698238 | *+ | department of treasury, internal revenue service, PO Box 7436, Philadelphia, PA 19101-7436 |
| 5698264 | *+ | members first federal credit union, 5000 louise drive, Mechanicsburg, PA 17055-4899 |
| 5698261 | * | members first federal credit union, 5000 Market Place Way, Enola, PA 17025-2431 |
| 5698275 | * | penn state health, po box 829725, Philadelphia, PA 19182-9725 |
| 5698276 | * | penn state health, po box 829725, Philadelphia, PA 19182-9725 |
| 5698277 | * | penn state health, po box 829725, Philadelphia, PA 19182-9725 |
| 5698278 | * | penn state health, po box 825607, Philadelphia, PA 19182-5607 |
| 5698279 | * | penn state health, po box 825607, Philadelphia, PA 19182-5607 |
| 5698280 | * | penn state health, po box 825607, Philadelphia, PA 19182-5607 |
| 5698281 | * | penn state health, po box 825607, Philadelphia, PA 19182-5607 |
| 5698282 | * | penn state health, po box 825607, Philadelphia, PA 19182-5607 |
| 5698283 | * | penn state health, po box 825607, Philadelphia, PA 19182-5607 |

| | | |
|---|---|---|
| 5698284 | * | penn state health, po box 825607, Philadelphia, PA 19182-5607 |
| 5698285 | * | penn state health, po box 825607, Philadelphia, PA 19182-5607 |
| 5698286 | * | penn state health, po box 825607, Philadelphia, PA 19182-5607 |
| 5698293 | * | quest diagnostics, po box 740775, Cincinnati, OH 45274-0775 |

TOTAL: 1 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gregory S Hazlett | on behalf of Debtor 1 Cassandra L Minnich adlitem@pa.net  hazlettgreg123@gmail.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cassandra L Minnich,

**Debtor 1**

Chapter 13

Case No. 1:25−bk−00777−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 21, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 28, 2025 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 24, 2025 |

ntcnfhrg (08/21)