SAT-61505 0314-1 pdf002 25-00777
Gregory S Hazlett
7 West Main Street
Mechanicsburg, PA 17055



001076 78 2 SP 0.970 62298 8 0 10423-2-1082

holy spirit clinical
po box 983143
Boston, IL 62298-3143

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the street address that the debtor provided contains an error.   To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. <br> 2. You may sign up for electronic noticing at https://bankruptcynotices.uscourts.gov or <br> 3. You may register a preferred physical address at https://bankruptcynotices.uscourts.gov <br> Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address.   Make sure that you enter the name and address that were on this notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address. <br> 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. <br><br> *Holy Spirit Hospital* <br> *503 N. 21st Street* <br> *Camp Hill, PA. 17011* |