LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CASSANDRA L. MINNICH                : CHAPTER 13
                                    :
                                    : CASE NO. 1 - 25 -bk- 00777-HWV
                                    :
                                    :
                                    :
        Debtor(s)                   :

REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 4,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 1,500.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 2,500.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 0.00 |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ 0.00 |
| 5. Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | $ 2,500.00 |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 2,500.00 |

Dated: _____10/6/2025_____        GREGORY S. HAZLETT
                                  Attorney for Debtor