**Fill in this information to identify the case:**

Debtor 1: _____

Debtor 2
(Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of: _____

Case number: _____

# Proof of Claim Withdrawal Form

(DO NOT USE THIS FORM TO CEASE PAYMENTS FOR A CLAIM PAID IN FULL. PLEASE AMEND YOUR ORIGINAL CLAIM TO SHOW THE TOTAL AMOUNT THAT PAID THE CLAIM IN FULL)

| Part 1: | Identify the Claim |
| --- | --- |

| **Creditor Name and Address:** | Name: _____<br><br>Street: _____<br><br>City: _____ State: _____ Zip: _____ |
| --- | --- |
| **Court Claim Number (if known):** | _____ |
| **Date Claim Filed:** | _____ (mm/dd/yyyy) |
| **Total Amount of Claim Filed:** | $_____ |

| Part 2: | Sign And Date |
| --- | --- |

| **The person completing this form must sign and date it.** | I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above- referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.<br><br>Signed: *Dusty Henley* _____<br><br>Print: _____<br><br>Date: _____ (mm/dd/yyyy) |
| --- | --- |