IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                          :       Chapter 13
                                                :
CASSANDRA L. MINNICH,                           :       Case No. 1:25-bk-00777-HWV
                                                :
                    Debtor.                     :
                                                :
                                                :
JACK N. ZAHAROPOLOUS, TRUSTEE,                  :
                                                :
                    Objectant,                  :
          vs.                                   :
                                                :
STILLWATER SEWER CORP.,                         :
                                                :
                    Claimant.                   :
                                                :

**<u>WITHDRAWAL OF CLAIM</u>**

AND NOW, comes Stillwater Sewer Corp., by and through its counsel, Geoffrey S.
Worthington, Esq., and withdraws Claim #16, inadvertently filed in this matter.

1.  Claimant, through counsel, filed Claim #16 in this matter, electronically, on May
    29, 2026.

2.  The claim was not intended to be filed in this matter or against this debtor.

3.  The claim was intended to be filed in case no. 5:26-bk-00777-MJC.

4.  The error was not discovered until counsel received the Trustee's objection to
    claim on July 24, 2026.

Respectfully submitted,

By: _____

Geoffrey S. Worthington, Esq.
PA ID# 91474
*Attorney for Claimant*
DURNEY, WORTHINGTON
& MADDEN, LLC
P.O. Box 536
Tannersville, PA 18372
(570) 620-0320